Barnett, Admr., Appellant, *v.* Ross.

Argued January 4, 1939. Before KEPHART, C. J., SCHAFFER, MAXEY, DREW, LINN, STERN and BARNES, JJ.

512

*Paul Reilly,* for appellant.

*Henry B. Oestreich* and *Arthur E. Weil,* for appellee, were not heard.

PER CURIAM, January 30, 1939:
The statement of claim in this case was clearly insufficient. The judgment of non pros. is affirmed on the opinion of President Judge BOK in the court below.
Judgment affirmed.